MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* JAMES B. BEERS et al., Appellants.

*Clement* v. *Beers,* 134 App. Div. 962, affirmed.
(Submitted December 13, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a liquor tax bond.

*Lucius A. Waldo* and *C. E. Hunter* for appellants.

*Albert O. Briggs* and *Herbert H. Kellogg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Dissenting: CULLEN, Ch. J., and WILLARD BARTLETT, J.